■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK LEWIS, Appellant. [701 NYS2d 43] —Judgment, Supreme Court, New York County (Charles Tejada, J.), rendered March

29, 1995, convicting defendant, upon his plea of guilty, of manslaughter in the first degree and attempted robbery in the first degree, and sentencing him to consecutive terms of 8 to 24 years and 4 to 12 years, respectively, unanimously affirmed.

The court properly imposed consecutive sentences. Defendant committed the attempted robbery by brandishing a shotgun and demanding money. Then, in a separate act, unnecessary to the commission of attempted robbery, defendant killed the victim with the shotgun, thus making the attempted robbery a wholly separate crime from the manslaughter (*see, People v Yong Yun Lee*, 92 NY2d 987; *People v Tanner*, 30 NY2d 102, 108). We perceive no abuse of sentencing discretion. Concur—William, J. P., Mazzarelli, Wallach, Andrias and Friedman, JJ.